# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THERESA BROOKE | CASE NO. 2:20-cv-00557-DSF-MAA |
|---|---|
| Plaintiff(s), | |
| v. | **Order to Show Cause re Dismissal for Lack of Prosecution** |
| HOLIDAY GARDEN VC CORP. | |
| Defendant(s). | |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before May 15, 2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: April 13, 2020

      /s/ *Dale S. Fischer*
      Dale S. Fischer
      United States District Judge